# Suit Persuant to 42 USC sec 1983

In Forma pauparis

Plaintiff/victem, pro se Sovereignty Joeseph Helmveller SovereignFreeman, Formarly/also known as Andrew Jacob Helmveller hearby brings suit against the deffendants

Deffendant Sgt. Joseph Bradac an officer of the St. Croix Co sherriffs department who was acting under color/cloack of authority of law at the time of his acts of deliberate indifference/reckless endangering of my health/safty and in violation of federal mask mandate/CDC guidlines resulting in my contracting Covid while exposed to the public on or about 1-10-2022 while being transported to the dentist for a tooth extraction without mask, coat, hat ect in the cold of Janvary "the week prior to my getting seriously ill". I seek restraining order/

# releif sought

on/against Sgt Bradac.
I also seek $100,000 usd for remidy.

I have attached copies of papers from the St. Croix Co Jail.

I filed a grevance about this in St. Croix if I recall electronically / in wrighting to the Government Center

All rights reserved Solly to the victem sovereignty Joeseph Helmveller Sovereign Freeman. Also/previously known as Andrew Jacot Helmveller inmate # 607689.

Summary of events on pages 3 and 4

requested releif on pgs 1 and 2

see also pgs 5 and 6

# Sumary of events

On or about 1-10-2022 I was transported to the dentist office in Hudson WI by Sgt Joseph Bradac.

I was put in a cold van in the garage and locked inside alone while officers let the van warm up.

I was not provided a covid mask, coat or hat prior to my transport in the cold.

I / contracted covid virus and became severly ill the week of the 10th — 17th 2022.

I feel that the sgt did retaliate against me and acted with deliberat acts of indifference to my health and safty, recklessly endangered my safty ect due to my having fild grevances against him and another officer for fileing false reports, harrassment ect. in the past.

I fear I would not have fallen ill had I not been

# Sumary of events

cared for/properly clothed protected, not put in a cold venical withouth winter cloths ect.

I feal that I was treated cruely in violation of my eighth amendment rights.

I feal that the mask mandate was put into place as a protetion as is described in art one of the 14th amendment also that I should not have been deprived of said protection.