IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SOVEREIGNTY JOESEPH
HELMUELLER SOVEREIGN
FREEMAN,

    Plaintiff,

Case No. 22-cv-455-jdp

v.

SGT. JOSEPH BRADAC,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Joseph Bradac and against plaintiff Sovereignty Joeseph Helmueller Sovereign Freeman dismissing this case.

| /s/ Deputy Clerk | 7/11/2024 |
|---|---|
| Joel Turner, Clerk of Court | Date |